

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FEB 18 1999

| | | |
|---|---|---|
| INDO-EUROPEAN FOODS, INC., a California Corporation, | § § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. 3-97CV2898-L |
| INDO EUROPEAN FOODS, INC., a Texas Corporation, | § § § § | |
| Defendant. | § | |

ENTERED ON DOCKET

FEB 19 1999

U.S. DISTRICT CLERK'S OFFICE

### ORDER OF DISMISSAL

Came on to be considered the Stipulated Dismissal and the Court having considered such stipulation, it is hereby ORDERED that:

1. The Complaint is hereby dismissed with prejudice; there are no Counterclaims; and

2. Each party will bear its own costs, including attorneys' fees.

All relief not herein granted is DENIED.

SIGNED this 16th day of February, 1999.

Sam A. Lindsay
UNITED STATES DISTRICT JUDGE